UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| DEREK MORTLAND, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:22-cv-00362-HAB-SLC ) |
| JAIKAR LLC, | ) ) |
| Defendant. | ) |

## MEDIATOR'S FINAL REPORT TO THE COURT

COMES NOW Kevin K. Fitzharris, appointed mediator herein, and for his Report to the Court, pursuant to ADR Rule 2.7, states:

1. The parties, by counsel, submitted to a mediation session on October 19, 2023.

2. As a result of said mediation session, a final settlement was reached.

3. The appropriate dismissal documents will be filed in the near future.

4. The undersigned would like to thank the Court, counsel, and the parties for selecting him to serve as the mediator!

BARRETT McNAGNY LLP

Dated: 10/23/2023

*/s/ Kevin K. Fitzharris*
Kevin K. Fitzharris, #15425-02
215 East Berry Street
P.O. Box 2263
Fort Wayne, IN 46801
T: (260) 423-9551
E-mail: kkf@barrettlaw.com

Copies to:

| | |
|---|---|
| Colin G. Meeker, Esq.<br>The Meeker Group, LLC<br>2991 Millboro Road, Suite 101<br>Silver Lake, OH  44224 | Rafael P. McLaughlin, Esq.<br>REMINGER CO., LPA<br>110 W. Berry St., Suite 1900<br>Fort Wayne, IN 46802 |