UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| DEREK MORTLAND, | ) | CASE NO. 1:22-CV-362 |
| | ) | |
| Plaintiff, | ) | JUDGE HOLLY A. BRADY |
| | ) | |
| Vs. | ) | |
| | ) | |
| JAIKAR LLC, | ) | **STIPULATION OF DISMISSAL** |
| | ) | |
| Defendant. | ) | |
| | ) | |

NOW COME the parties, by and through undersigned counsel, and hereby give Notice of Dismissal pursuant to Fed. Civ. R. 41(a)(1)(A)(ii). Following a private settlement agreement, Plaintiff now desires the dismissal of all claims against Defendant with prejudice.

Respectfully submitted,

**/s/ COLIN G. MEEKER**
Colin G. Meeker (OH# 0092980)

Attorney for Plaintiff, Derek Mortland


Respectfully submitted,

**/s/ RAFAEL MCLAUGHLIN**
Rafael McLaughlin (IN# 32466.02)

Attorney for Defendant, Jaikar LLC